# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| JUSTIN LEFFEW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV423-250 |
| | ) | |
| ROBBINS EXPRESS, LLC and ANTHONY ROBBINS, | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The parties have submitted a Rule 26(f) Report that does not comply with the Honorable Lisa Godbey Wood's requirements. *See* doc. 13. The parties are **DIRECTED** to resubmit their Report using Judge Wood's Rule 26(f) Report form and providing all requested information within seven days of this Order. A copy of Judge Wood's mandated form can be located on the Court's website www.gasd.uscourts.gov under "Forms" > "Civil Forms."

**SO ORDERED**, this 8th day of December, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA