# In the United States District Court for the Southern District of Georgia
## Savannah Division

JUSTIN LEFFEW,

    Plaintiff,

v.

ROBBINS EXPRESS LLC and ANTHONY ROBBINS,

    Defendants.

CV 4:23-250

### ORDER

Certain factors having indicated that the parties might be able to successfully resolve their remaining disputes through mediation, the Court **ORDERS** the parties to mediate before Judge Michele Kim.

**SO ORDERED**, this 25 day of April, 2024.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA