# In the United States District Court
# for the Southern District of Georgia
# Savannah Division

JUSTIN LEFFEW,

    Plaintiff,

v.

ROBBINS EXPRESS LLC and
ANTHONY ROBBINS,

    Defendants.

CV 4:23-250

### ORDER

    Plaintiff Justin Leffew brought this personal injury action in September 2023. Dkt. No. 1. The matter went to trial in December 2024, ending with a jury verdict in favor of Defendants Robbins Express LLC and Anthony Robbins. Dkt. Nos. 50, 51, 57. Judgment was entered, and this case was closed. Dkt. No. 59.

    Now before the Court is the parties' Stipulation of Dismissal, dkt. no. 60, wherein they notify the Court that they stipulate Plaintiff will not file an appeal or other post-judgment motion(s), and Defendants will not file a motion seeking attorney's fees and/or costs or other post-judgment motion(s). Because judgment has already been entered in this case, the Court construes the parties' stipulation as a motion to alter or amend the judgment pursuant to Rule 60(b).

    Rule 60(b)(6) provides that "[o]n motion and just terms, the court may relieve a party . . . from a final judgment" for "any

. . . reason that justifies relief." It appearing that the parties have reached a settlement of this case, the Court finds that such settlement is indeed a reason that justifies relief from judgment. Accordingly, the Court **GRANTS** the parties' joint motion, dkt. no. 60, and **ORDERS** that the parties are relieved from the Court's judgment of dismissal. Further, pursuant to the parties' stipulation, this case is **DISMISSED with prejudice**, Plaintiff shall file no appeal, and neither party shall file post-judgment motions. The parties shall bear their own fees and costs, and this case remains closed.

**SO ORDERED**, this 27 day of January, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA